UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| ROTAMAX, INC., | Civil No. 06-1475 (PJS/RLE) |
| Plaintiff, | |
| | SECOND AMENDED |
| v. | ORDER OF DISMISSAL |
| THERMO FAN, INC., | |
| Defendant. | |

---

The parties have brought cross motions to enforce the settlement agreement [Civil Docket Nos. 34 and 38], which were heard by Chief Magistrate Judge Raymond L. Erickson on December 5, 2006. The matter is currently under advisement, and the parties jointly request that the Court retain jurisdiction for another ninety days.

IT IS ORDERED that the Amended Order of Dismissal filed on October 27, 2006 [Civil Docket No. 32] is amended as follows:

This Court maintains jurisdiction for an additional 90 days to permit the parties adequate opportunity to have all issues related to the settlement resolved before jurisdiction is divested.

Dated: January 24, 2007               s/Patrick J. Schiltz
                                      Patrick J. Schiltz
                                      United States District Judge